**COLSON & HARRIS LLP**

10 East 40th Street
Suite 3307
New York, NY 10016

T 212-257-6455
F 212-257-6453

Application GRANTED.

SO ORDERED.

/s/ Jesse M. Furman
JESSE M. FURMAN
United States District Judge

April 25, 2013                                                                                  April 26, 2013

*By E-Mail*

The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre St. Room 2202
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Apr 26, 2013

   Re: *United States v. Tokhtakhounov, et al.,* 13 Cr. 268

Your Honor:

  I write on behalf of Mr. William Edler, a defendant in this matter, to respectfully request that Your Honor extend the deadline by which Mr. Edler must satisfy the conditions of the bond from April 26, 2013 to May 1, 2013.

  At the status conference on Friday, April 19, 2013, Mr. Edler, who self-surrendered, was released on a $150,000 bond to be signed by two financially responsible suretors no later than Friday, April 26, 2013. One suretor is expected to sign the bond in federal district court in Portland, Oregon tomorrow. However, the second suretor, Mr. Edler's father, is currently out of the country on vacation. He has already indicated his willingness to sign the bond, and is expected to return on the afternoon of Friday, April 26, 2013.

  Accordingly, in order to gather the necessary paperwork and make the arrangements for Mr. Edler's father to sign the bond, I respectfully request a short extension of the current bond satisfaction deadline to May 1, 2013.

  AUSA Joshua Naftalis consents to the requested extension. No prior requests for adjournments or extensions have been made.

  I appreciate the Court's consideration, and apologize that this request was not submitted within 48 hours of the original deadline.

              Respectfully submitted,

              /s/
              Justine A. Harris

cc: AUSA Joshua Naftalis

8509